UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TROY ASHLEY, | ) |
| Petitioner | ) |
| | ) CAUSE NO. 3:09-CV-593 RM |
| vs. | ) |
| SUPERINTENDENT, | ) |
| Respondent | ) |

OPINION AND ORDER

Troy Ashley, a *pro se* prisoner, filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 attempting to challenge a prison disciplinary proceeding. Under Rule 4 of the Rules Governing Section 2254 Cases, district courts are obligated to review a habeas corpus petition and dismiss it if "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief . . . ."

In his petition, Mr. Ashley states that in disciplinary proceeding WCC-09-08-0248, he was found guilty of refusing an assignment and punished with two hours of extra work duty. (DE 1 at 1.) The documents he attaches to his petition also show that his punishment consisted of extra work duty. (DE 1-2.) Because Mr. Ashley's punishment didn't lengthen the duration of his confinement, he can't challenge the disciplinary proceeding in a habeas petition. *See* Hadley v. Holmes, 341 F.3d 661, 664 (7th Cir. 2003); Moran v. Sondalle, 218 F.3d 647, 650-51 (7th Cir. 2000).

For the foregoing reasons, the habeas petition (DE 1) is DISMISSED.

1

SO ORDERED.

DATED: January  12 , 2010

                                                 /s/ Robert L. Miller, Jr.
                                                Chief Judge
                                                United States District Court

cc: T. Ashley